IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.  15-05027-01-CR-SW-MDH |
| | ) | |
| JOSEPH WILLIAM COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

Comes now Defendant, Joseph William Colvin, by counsel, and submits to this Court his intention to argue for a sentence below the U.S.S.G. suggested range of punishment, specifically 300 months, and submits the following suggestions in support.

## SUGGESTIONS IN SUPPORT

At this time, the U.S.S.G. advisory range of punishment in the above referenced case is 324 to 360 months.

Pursuant to 18 U.S.C. § 3553(a), the Court is to impose a sentence sufficient, but not greater than necessary, to comply with the purposes of the statue.

There are factors the U.S.S.G. have not considered that this Court can in fashioning a just punishment.  While in a typical criminal case, the U.S.S.G. afford a reduction for acceptance of responsibility (which is present here), Mr. Colvin's case involves a minor victim.

By entering into a plea of guilty in a matter of months from his arraignment, Mr. Colvin has not only saved the Court and the government time and resources, but his plea of guilty has also avoided the possibility of the minor victim testifying at trial.

Mr. Colvin believes that a sentence of 300 months (25 years), followed by a term on 10 years of supervised release would reflect the seriousness of the offense, promote respect for the law, and afford adequate deterrence. Furthermore, Mr. Colvin would ask that the Court recommend mental health screening and treatment while he is imprisoned with the BOP.

WHEREFORE, the Defendant respectfully requests this Court, pursuant to 18 U.S.C. § 3553(a), to vary downward and render a sentence of 300 months for the aforementioned reasons, or for any other relief the Court deems proper.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

March 16, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

                                      */s/ Ian A. Lewis*
                                      **IAN A. LEWIS**